

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00152-CV

IN RE CHARLIE DOESCHER, PAT                                    RELATORS
DOESCHER, APACHE IRON
METAL & AUTO SALVAGE, INC.,
APACHE IRON METAL & AUTO
SALVAGE, INC. D/B/A APACHE
TRUCK & VAN PARTS, GERALD
COYEL AKA "JERRY COYEL"
D/B/A APACHE TRUCK & VAN
PARTS, JAMES COYEL D/B/A
APACHE TRUCK & VAN PARTS,
AND SHANNON COYEL

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency stay are denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; GARDNER and MEIER, JJ.

DELIVERED:  April 17, 2012